UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
   FRANK PAUL ORLANDO : Chapter 13
       And :
   KATHY COLLEEN ORLANDO :
:
      Debtors : Bankruptcy No. 20-14631AMC

## **ORDER**

AND NOW, upon consideration of the Chapter 13 Trustee's Motion to Disallow The Money Source, Inc.'s Post-Petition Fees contained in its Notice dated April 28, 2021, and Respondent's response, if any, it is hereby **ORDERED** that the Motion is **GRANTED.**

The Money Source, Inc.'s post-petition fees of $300.00 contained in the notice of April 28, 2021 are disallowed pursuant to Federal Rule of Bankruptcy Procedure 3001.1(e).

**BY THE COURT:**

_____          _____
Date                    Ashely M. Chan, Bankruptcy Judge