UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>FRANK ORLANDO<br>KATHY ORLANDO | CASE NO: 20-14631<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 23 |

On 5/17/2021, I did cause a copy of the following documents, described below,

FIRST AMENDED CHAPTER 13 PLAN ECF Docket Reference No. 23

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/17/2021

/s/ RICHARD N LIPOW
RICHARD N LIPOW  32399

Lipow Law Office
629A SWEDESFORD RD, 629
MALVERN, PA  19355
610 251 2500

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>FRANK ORLANDO<br>KATHY ORLANDO | CASE NO: 20-14631<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 23 |

On 5/17/2021, a copy of the following documents, described below,

FIRST AMENDED CHAPTER 13 PLAN ECF Docket Reference No. 23

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/17/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
RICHARD N LIPOW
Lipow Law Office
629A SWEDESFORD RD, 629
MALVERN, PA  19355

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE CONSENTED TO RECEIVE ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| AMERICREDIT FINANCIAL SERVICES INC. DBA<br>GM FINANCIAL<br>DBA GM FINANCIAL<br>P.O BOX 183853<br>ARLINGTON TX 76096 | AMERICAN EXPRESS NATIONAL BANK<br>C/O ZWICKER & ASSOCIATES P.C.<br>80 MINUTEMAN ROAD P.O. BOX 9043<br>ANDOVER MA 01810-1041 | CAVALRY SPV I LLC<br>BASS & ASSOCIATES P.C.<br>3936 E. FT. LOWELL RD SUITE #200<br>TUCSON AZ 85712 |
| AR RESOURCES INC.<br>ATTN: BANKRUPTCY<br>PO BOX 1056<br>BLUE BELL PA 19422 | BANK OF THE WEST<br>2527 CAMINO RAMON<br>SAN RAMON CA 94583 | BELLEFONTE EMERGENCY SERVICES<br>369 PHOENIX AVE<br>BELLEFONTE PA 16823 |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130 | CHASE CARD SERVICES<br>ATTN: BANKRUPTCY<br>PO BOX 15298<br>WILMINGTON DE 19850 | CITI<br>CITIBANK/CENTRALIZED BANKRUPTCY<br>PO BOX 790034<br>ST LOUIS MO 63179 |
| COMMERCIAL ACCEPTANCE COMPANY<br>2300 GETTYSBURG ROAD<br>SUITE 102<br>CAMP HILL PA 17011 | DIAMOND CREDIT UNION<br>1600 MEDICAL DR<br>POTTSTOWN PA 19464 | DISCOVER FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY OH 43054 |
| JEFFERSON HEALTH<br>491 ALLENDALE RD<br>KING OF PRUSSIA PA 19406 | MOHELA<br>ATTN: BANKRUPTCY<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005 | ONE MAIN<br>PO BOX 64<br>EVANSVILLE IN 47701 |
| REBECCA A SOLARZ ESQ<br>KML LAW GROUP PC<br>BNY MELLON IND CENTER<br>701 MARKET ST STE 5000<br>PHILADELPHIA PA 19106 | SYNCHRONY BANK<br>ATTN:  BANKRUPTCY DEPT<br>PO BOX 965064<br>ORLANDO FL 32896 | THE MONEY SOURCE INC.<br>500 SOUTH BROAD STREET<br>SUITE 100A<br>MERIDEN CT 06450 |
| TOWER HEALTH<br>PO BOX 1602<br>READING PA 19612-6051 | WORLD S FOREMOST BANK<br>ATTN: BANKRUPTCY<br>4800 NW 1ST ST<br>LINCOLN NE 68521 | |