# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kathy Colleen Orlando<br>        Frank Paul Orlando<br>                        Debtor(s) | CHAPTER 13 |
| The Money Source Inc., its successors and/or assigns<br>                        Movant<br>            vs.<br>Kathy Colleen Orlando<br>Frank Paul Orlando<br>                        Debtor(s)<br>Scott F. Waterman<br>                        Trustee | NO. 20-14631 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of The Money Source Inc., which was filed with the Court on or about **May 12, 2021 (Doc. No. 20)**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated:  May 17, 2021