**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 20-14631-AMC |
| **FRANK PAUL ORLANDO** | § | |
| **KATHY COLLEEN ORLANDO** | § | |
| DEBTOR(S) | § § | CHAPTER 13 |
| | § § | |

**NOTICE OF WITHDRAWAL OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that **The Money Source Inc.**, ("Creditor"), is withdrawing its **Notice of Postpetition Mortgage Fees, Expenses, and Charges, Claim #19-1,** in the amount of **$300.00,** filed on **April 28, 2021**.

Dated: May 26 2021

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Natalie Lea
Natalie Lea
14841 Dallas Parkway, Suite 425
Dallas, Texas  75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized Agent for The Money Source Inc.

**CERTIFICATE OF SERVICE OF WITHDRAWAL OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before May 26 2021 via electronic notice unless otherwise stated:

**Debtor**           *Via U.S. Mail*
Frank Paul Orlando
1209 S Rapps Dam Rd
Phoenixville, PA 19460

**Debtor**           *Via U.S. Mail*
Kathy Colleen Orlando
1209 S Rapps Dam Rd
Phoenixville, PA 19460

**Debtors' Attorney**
Richard N. Lipow
Lipow Law Office
629 Swedesford Road
Malvern, PA  19355

**Chapter 13 Trustee**
Scott Waterman
2901 Saint Lawrence Ave., Suite 100
Reading, Pennsylvania 19606

Respectfully Submitted,

/s/ Natalie Lea
Natalie Lea