| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 20-14631-AMC

| | |
|---|---|
| Frank Paul Orlando | Petition Filed Date: 12/03/2020 |
| Kathy Colleen Orlando | 341 Hearing Date: 01/15/2021 |
| 1209 S RAPPS DAM RD | Confirmation Date: |
| Phoenixville PA 19460 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2021 | $215.00 | | 02/04/2021 | $215.00 | | 03/08/2021 | $215.00 | |
| 04/05/2021 | $215.00 | | 05/05/2021 | $215.00 | | 06/07/2021 | $215.00 | |

**Total Receipts for the Period: $1,290.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,290.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CAVALRY INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $1,890.71 | $0.00 | $0.00 |
| 2 | ONE MAIN FINANCIAL<br>»» 002 | Unsecured Creditors | $7,677.56 | $0.00 | $0.00 |
| 3 | AMERICREDIT FINANCIAL SERVICES<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $23,505.12 | $0.00 | $0.00 |
| 5 | DISCOVER BANK<br>»» 005 | Unsecured Creditors | $6,181.26 | $0.00 | $0.00 |
| 6 | DISCOVER BANK<br>»» 006 | Unsecured Creditors | $4,894.07 | $0.00 | $0.00 |
| 7 | CHASE BANK USA NA<br>»» 007 | Unsecured Creditors | $2,372.03 | $0.00 | $0.00 |
| 8 | CHASE BANK USA NA<br>»» 008 | Unsecured Creditors | $1,179.58 | $0.00 | $0.00 |
| 9 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $1,277.41 | $0.00 | $0.00 |
| 10 | BANK OF THE WEST<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CHASE BANK USA NA<br>»» 011 | Unsecured Creditors | $7,071.45 | $0.00 | $0.00 |
| 12 | CHASE BANK USA NA<br>»» 012 | Unsecured Creditors | $2,927.09 | $0.00 | $0.00 |
| 13 | CHASE BANK USA NA<br>»» 013 | Unsecured Creditors | $5,312.59 | $0.00 | $0.00 |
| 14 | AMERICAN EXPRESS NATIONAL BANK, AENB<br>»» 014 | Unsecured Creditors | $1,475.19 | $0.00 | $0.00 |
| 15 | DIAMOND FEDERAL CREDIT UNION<br>»» 015 | Unsecured Creditors | $24,058.67 | $0.00 | $0.00 |
| 16 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $7,088.27 | $0.00 | $0.00 |

| 17 | AMERICAN EXPRESS NATIONAL BANK »» 017 | Unsecured Creditors | $1,806.55 | $0.00 | $0.00 |
| 18 | MOHELA ON BEHALF OF »» 018 | Unsecured Creditors | $46,301.58 | $0.00 | $0.00 |
| 19 | THE MONEY SOURCE INC »» 019 | Mortgage Arrears | $405.85 | $0.00 | $0.00 |
| 20 | CITIBANK NA »» 020 | Unsecured Creditors | $1,495.62 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $5,500.48 | $0.00 | $0.00 |
| 22 | SYNCHRONY BANK »» 022 | Unsecured Creditors | $1,409.11 | $0.00 | $0.00 |
| 23 | SYNCHRONY BANK »» 023 | Unsecured Creditors | $3,910.52 | $0.00 | $0.00 |
| 24 | SYNCHRONY BANK »» 024 | Unsecured Creditors | $6,352.68 | $0.00 | $0.00 |
| 25 | CAVALRY SPV I LLC »» 025 | Unsecured Creditors | $3,896.93 | $0.00 | $0.00 |
| 26 | CAVALRY SPV I LLC »» 026 | Unsecured Creditors | $3,793.09 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,290.00 | Current Monthly Payment: | $271.04 |
| Paid to Claims: | $0.00 | Arrearages: | $56.04 |
| Paid to Trustee: | $103.20 | Total Plan Base: | $15,711.16 |
| Funds on Hand: | $1,186.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.