# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Frank Orlando

    Kathy Orlando

    Debtor(s)

Case No. 20-14631

Chapter 13

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 6/23/2021, I did cause a copy of the following document(s), described below:

Second Amended Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/23/2021

/s/ Richard N Lipow
Richard N Lipow
Bar No. 32399
Lipow Law Office
629 Swedesford Road
Swedesford Corporate Center
Malvern PA 19355-0000
610-251-2500
richard@lipowlaw.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Frank Orlando

    Kathy Orlando

    Debtor(s)

Case No. 20-14631

Chapter 13

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 6/23/2021, I did cause a copy of the following document(s), described below:

Second Amended Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail,  postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix  exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States  that I have served the above referenced document (s) on the mailing list attached hereto in the  manner shown and prepared the Declaration of Certificate of Service and that it is true and  correct to the best of my knowledge, information, and belief.

DATED: 6/23/2021

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

I certify that on 6/23/2021, I caused a copy of the Second Amended Chapter 13 Plan to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

| | | | | | |
|---|---|---|---|---|---|
| AmeriCredit/GM Financial | Attn: Bankruptcy | | PO Box 183853 | | Arlington TX 76096-3853 |
| Amex | Correspondence/Bankruptcy | | PO Box 981540 | | El Paso TX 79998-1540 |
| AR Resources, Inc. | Attn: Bankruptcy | | PO Box 1056 | | Blue Bell PA 19422-0287 |
| Bank Of The West | C/O Nandita Bakhshi, PRESIDENT AND CEO | | 2527 Camino Ramon | | San Ramon CA 94583-4292 |
| BELLEFONTE EMERGENCY SERVICES | | | 369 Phoenix Ave | | Bellefonte PA 16823-1308 |
| Capital One | Attn: Bankruptcy | | PO Box 30285 | | Salt Lake City UT 84130-0285 |
| Chase Card Services | Attn: Bankruptcy | | PO Box 15298 | | Wilmington DE 19850-5298 |
| Citi/Sears | Citibank/Centralized Bankruptcy | | PO Box 790034 | | Saint Louis MO 63179-0034 |
| Commercial Acceptance Company | | | 2300 Gettysburg Rd | Ste 102 | Camp Hill PA 17011-7303 |
| Diamond Credit Union | | | 1600 Medical Dr | | Pottstown PA 19464-3242 |
| Discover Financial | Attn: Bankruptcy | | PO Box 3025 | | New Albany OH 43054-3025 |
| JEFFERSON HEALTH | | | 491 Allendale Rd | | King of Prussia PA 19406-1426 |
| MOHELA | Attn: Bankruptcy | | 633 Spirit Dr | | Chesterfield MO 63005-1243 |
| ONE MAIN | | | PO Box 64 | | Evansville IN 47701-0064 |
| Synchrony Bank/Care Credit | Attn: Bankruptcy Dept | | PO Box 965064 | | Orlando FL 32896-5064 |
| The Money Source Inc. | | | 500 S Broad St | Ste 100A | Meriden CT 06450-6755 |
| TOWER HEALTH | | | PO BOX 1602 | | Reading PA 19603-6051 |
| World's Foremost Bank | Attn: Bankruptcy | | 4800 NW 1st St | | Lincoln NE 68521-4463 |
| REBECCA A SOLARZ ESQ | KML LAW GROUP PC | BNY MELLON IND CENTER | 701 Market St | Ste 5000 | Philadelphia PA 19106-1541 |