United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 20-14631-amc

Frank Paul Orlando                                Chapter 13

Kathy Colleen Orlando

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                                  User: admin                                      Page 1 of 4

Date Rcvd: Jun 30, 2021                        Form ID: 155                                   Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank Paul Orlando, Kathy Colleen Orlando, 1209 S Rapps Dam Road, Phoenixville, PA 19460-4806 |
| 14565827 | + | AR Resources, Inc., Pob 1056, Blue Bell, PA 19422-0287 |
| 14565826 | + | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422-0287 |
| 14574488 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14572140 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14565825 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14565824 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14565830 | + | BELLEFONTE EMERGENCY SERVICES, 369 Phoenix Ave, Bellefonte, PA 16823-1308 |
| 14565829 | | Bank Of The West, Consumer Product Servicing, Omaha, NE 68103 |
| 14580750 | + | CAVALRY SPV I, LLC, Household Bank, (SB), NA, Bass & Associates, P.C. 3, 936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85719 |
| 14580602 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14565847 | + | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 14565848 | + | Commercial Acceptance Company, 2 W. Main St, Shiremanstown, PA 17011-6326 |
| 14565849 | + | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464-3242 |
| 14565852 | + | JEFFERSON HEALTH, 491 ALLENDALE RD, King of Prussia, PA 19406-1426 |
| 14571134 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14570753 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14565854 | + | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14565853 | + | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14565864 | + | TOWER HEALTH, PO BOX 1602, Reading, PA 19603-1602 |
| 14565863 | + | The Money Source Inc., 500 S Broad St Meriden, Meriden, CT 06450-6755 |
| 14565862 | + | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 14577454 | + | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14608013 | + | The Money Source Inc., C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14608277 | + | The Money Source Inc., c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14574769 | + | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005-1243 |
| 14570742 | + | Zwicker & Associates, PC, c/o Elizabeth Lombard, Esq., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14568099 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 01 2021 00:00:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14565822 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 01 2021 00:00:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14565823 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 01 2021 00:00:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14571268 | + | Email/Text: bknotices@bankofthewest.com | Jul 01 2021 00:00:14 | BANK OF THE WEST, 2527 CAMINO RAMON, SAN RAMON, CA 94583-4213 |

Case 20-14631-amc   Doc 36   Filed 07/02/21   Entered 07/03/21 00:35:54   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 30, 2021 | Form ID: 155 | Total Noticed: 66 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14565828 | + | Email/Text: bknotices@bankofthewest.com | Jul 01 2021 00:00:17 | Bank Of The West, Attn: Bankruptcy, 180 Montgomery Street 25th Floor, San Francisco, CA 94104-4206 |
| 14565832 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 01 2021 00:09:15 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14565831 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 01 2021 00:09:17 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14565834 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 01 2021 00:09:04 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14565833 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 01 2021 00:09:15 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14569566 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 01 2021 00:09:15 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14566514 | + | Email/Text: bankruptcy@cavps.com | Jul 01 2021 00:00:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14565838 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2021 00:09:18 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14565837 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2021 00:09:18 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14565839 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2021 00:09:15 | Citibank, Citicorp/Attn: Centralized Bankruptcy, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14565840 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2021 00:09:06 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14572923 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2021 00:09:15 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14565842 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2021 00:09:06 | Citibank/Exxon Mobile, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14565841 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2021 00:09:15 | Citibank/Exxon Mobile, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14565844 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2021 00:09:15 | Citibank/Sunoco, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14565843 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2021 00:09:06 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14565846 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2021 00:09:05 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14565845 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2021 00:09:15 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14565851 | | Email/Text: mrdiscen@discover.com | Jun 30 2021 23:59:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 14570484 | | Email/Text: mrdiscen@discover.com | Jun 30 2021 23:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14565850 | + | Email/Text: mrdiscen@discover.com | Jun 30 2021 23:59:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14565835 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 01 2021 00:09:03 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14565836 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 01 2021 00:09:14 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14565855 | + | Email/PDF: cbp@onemainfinancial.com | Jul 01 2021 00:09:15 | ONE MAIN, PO BOX 64, Evansville, IN 47701-0064 |
| 14566909 | | Email/PDF: cbp@onemainfinancial.com | | |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 01 2021 00:09:15 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14580632 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2021 00:09:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14580989 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2021 00:09:14 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14565857 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2021 00:09:14 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14565856 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2021 00:09:14 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14565859 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2021 00:09:14 | Synchrony Bank/Care Credit, P.o. Box 965005, Orlando, FL 32896-5005 |
| 14565858 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2021 00:09:17 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14565861 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2021 00:09:04 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14565860 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2021 00:09:17 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14565865 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 01 2021 00:09:14 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 14565866 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 01 2021 00:09:17 | World's Foremost Bank, Po Box 30281, Salt Lake City, UT 84130-0281 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14568745 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14570998 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14571524 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14571580 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 02, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com |
| RICHARD N. LIPOW | on behalf of Plaintiff Kathy Colleen Orlando richard@lipowlaw.com ecflipow@gmail.com;r44824@notify.bestcase.com |
| RICHARD N. LIPOW | on behalf of Joint Debtor Kathy Colleen Orlando richard@lipowlaw.com ecflipow@gmail.com;r44824@notify.bestcase.com |
| RICHARD N. LIPOW | on behalf of Debtor Frank Paul Orlando richard@lipowlaw.com ecflipow@gmail.com;r44824@notify.bestcase.com |
| RICHARD N. LIPOW | on behalf of Plaintiff Frank Paul Orlando richard@lipowlaw.com ecflipow@gmail.com;r44824@notify.bestcase.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Frank Paul Orlando and Kathy Colleen Orlando

        Debtor(s)

Chapter: 13

Bankruptcy No: 20−14631−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 30th of June 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                          Ashely M. Chan
                                          Judge ,
                                          United States Bankruptcy Court

                                                                           35
                                                                     Form 155