# United States Bankruptcy Court
**Eastern District of Pennsylvania**

In re **Frank and Kathy Orlando**  
Debtor

Case No. **20-14631**  
Chapter **13**

## NOTICE OF DEBTOR'S COUNSEL'S APPLICATION FOR COUNSEL FEES AND REIMBURSEMENT OF EXENPSES TO ALL PARTIES IN INTEREST

On May 2, 2021, Richard N. Lipow, Esquire, counsel for the Debtor has applied under the Bankruptcy Code for an award of compensation in the amount of $ **4500.00 in** addition to costs of $ **35.00**; a copy of the application is enclosed with this notice.

You are notified that any objection to the application must be filed and served on Richard N Lipow, the applicant within 14 days of the date of service of the application. If you object to the Application or if you want the court to consider your views on the Application, then on or before, 9/30/21 you or your attorney must do all of the following:

(a) file an objection explaining your position at Robert N.C. Nix, Sr. Federal Courthouse  
900 Market Street, Suite 400  
Philadelphia, PA 19107  
Telephone: 215-408-2800  
Office Hours: 8:30 A.M. to 5:00 P.M.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to:

RICHARD N LIPOW  
629 SWEDESFORD ROAD SWEDESFORD CORPORATE CENTER, MALVERN PA 19355  
RICHARD@LIPOWLAW.COM FAX 610-889-9564  
TEL 610-251-2500

If you or your attorney do not take the steps described in paragraphs (a) and (b) above the court may enter an order approving the Application.

Date: 9/14/21                         /s/ RICHARD N LIPOW  
                                      RICHARD N LIPOW  
                                      APPLICANT