# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Case No. 20-14631 |
|---|---|
| Frank Orlando | Chapter 13 |
| Kathy Orlando | ECF Dkt Ref No(s). 37 and 38 |
| Debtor(s) | |

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 9/14/2021, I did cause a copy of the following document(s), described below:

Notice, Fee Application, Exhibits, Proposed Order, ECF Dkt Ref No. 37, 38

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/14/2021

/s/ Richard N Lipow
Richard N Lipow
Bar No. 32399
Lipow Law Office
629 Swedesford Road
Swedesford Corporate Center
Malvern PA 19355-0000
610-251-2500
richard@lipowlaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | Case No. 20-14631 |
|---|---|
| Frank Orlando | Chapter 13 |
| Kathy Orlando | ECF Dkt Ref No(s).  37 and 38 |
| Debtor(s) | |

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

On 9/14/2021, I did cause a copy of the following document(s), described below:

Notice, Fee Application, Exhibits, Proposed Order, ECF Dkt Ref No. 37, 38

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/14/2021

*[signature]*

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

I certify that on 9/14/2021, I caused a copy of the Notice, Fee Application, Exhibits and Proposed Order to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

| | | | | |
|---|---|---|---|---|
| AmeriCredit/GM Financial | Attn: Bankruptcy | | PO Box 183853 | Arlington TX 76096-3853 |
| Amex | Correspondence/Bankruptcy | | PO Box 981540 | El Paso TX 79998-1540 |
| Bank Of The West | C/O Nandita Bakhshi, PRESIDENT AND CEO | | 2527 Camino Ramon | San Ramon CA 94583-4292 |
| Capital One | Attn: Bankruptcy | | PO Box 30285 | Salt Lake City UT 84130-0285 |
| Citi/Sears | Citibank/Centralized Bankruptcy | | PO Box 790034 | Saint Louis MO 63179-0034 |
| Diamond Credit Union | | | 1600 Medical Dr | Pottstown PA 19464-3242 |
| Discover Financial | Attn: Bankruptcy | | PO Box 3025 | New Albany OH 43054-3025 |
| The Money Source Inc. | | | 500 S Broad St | Ste 100A | Meriden CT 06450-6755 |