```
                UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                        January 21, 2022

To: John Everett Cook, Esq.
                        In re: Jasna Stjepanovic
                        Bankruptcy No. 20-13791pmm
                        Adversary No.
                        Chapter 13

   Re #37 Amended Application for Compensation

The above pleading was filed in this office on 11/22/2021.
Please be advised that the following document(s) has (have) not
been filed as required pursuant to the Federal Rules of
Bankruptcy Procedure and/or the Local Rules of this court:

          ( )  Affidavit
          ( )  Certificate of Service
          (XX) Certification of no response
          ( )  Notice pursuant to Rule 9019
          ( )  Notice pursuant to Rule 2002
          ( )  Notice pursuant to Rule 3007.1
          ( )  Proof of Claim number not noted on
                    objection pursuant to Rule 3007.1(a)
          ( )  Proposed Order
          ( )  Stipulation
          ( )  Certification of Default
          ( )  Other

In order for this matter to proceed to disposition, please submit
the above noted item(s) to this office within fourteen (14) days
from the date of this notice.  Otherwise, the matter will be
referred to the Court.

                        Timothy B. McGrath
                        Clerk


                        By: _Y. Woods_
                            Deputy Clerk

status.frm
(rev. 11/26/2018)
```