**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Frank and Kathy Orlando** | : | Chapter 13 |
| | : | |
| | : | |
| **Debtor** | : | Bky. No. 20-14631 |

## Certification of No Response

To the Court:

    There has been no objection nor any response to the debtor's counsel's application for compensation and expenses filed or received.

**Date:**
**1/21/22**

/s/ RICHARD N LIPOW

**RICHARD N LIPOW**