| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-14631-AMC

Frank Paul Orlando
Kathy Colleen Orlando
1209 S RAPPS DAM RD
Phoenixville  PA    19460

Petition Filed Date: 12/03/2020
341 Hearing Date: 01/15/2021
Confirmation Date: 06/30/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $215.00 | | 05/05/2021 | $215.00 | | 06/07/2021 | $215.00 | |
| 07/01/2021 | $271.04 | | 07/01/2021 | $56.04 | | 08/02/2021 | $271.04 | 8/2/2021 |
| 08/31/2021 | $271.04 | | 10/01/2021 | $271.04 | | 11/01/2021 | $271.04 | |
| 12/02/2021 | $271.04 | | 01/03/2022 | $271.04 | | 01/31/2022 | $271.04 | |
| 03/03/2022 | $271.04 | | 03/31/2022 | $271.04 | | 05/02/2022 | $271.04 | |
| 06/01/2022 | $271.04 | | 07/01/2022 | $271.04 | | 08/01/2022 | $271.04 | |

**Total Receipts for the Period: $4,495.60    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,140.60**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $1,890.71 | $33.75 | $1,856.96 |
| 2 | ONE MAIN FINANCIAL<br>»» 002 | Unsecured Creditors | $7,677.56 | $181.74 | $7,495.82 |
| 3 | AMERICREDIT FINANCIAL SERVICES<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $23,505.12 | $556.40 | $22,948.72 |
| 5 | DISCOVER BANK<br>»» 005 | Unsecured Creditors | $6,181.26 | $146.28 | $6,034.98 |
| 6 | DISCOVER BANK<br>»» 006 | Unsecured Creditors | $4,894.07 | $115.85 | $4,778.22 |
| 7 | CHASE BANK USA NA<br>»» 007 | Unsecured Creditors | $2,372.03 | $52.69 | $2,319.34 |
| 8 | CHASE BANK USA NA<br>»» 008 | Unsecured Creditors | $1,179.58 | $15.92 | $1,163.66 |
| 9 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $1,277.41 | $15.37 | $1,262.04 |
| 10 | BANK OF THE WEST<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CHASE BANK USA NA<br>»» 011 | Unsecured Creditors | $7,071.45 | $167.40 | $6,904.05 |
| 12 | CHASE BANK USA NA<br>»» 012 | Unsecured Creditors | $2,927.09 | $69.30 | $2,857.79 |
| 13 | CHASE BANK USA NA<br>»» 013 | Unsecured Creditors | $5,312.59 | $125.76 | $5,186.83 |
| 14 | AMERICAN EXPRESS NATIONAL BANK, AENB<br>»» 014 | Unsecured Creditors | $1,475.19 | $30.65 | $1,444.54 |

**Chapter 13 Case No. 20-14631-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | DIAMOND FEDERAL CREDIT UNION<br>»» 015 | Unsecured Creditors | $24,058.67 | $569.54 | $23,489.13 |
| 16 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $7,088.27 | $167.76 | $6,920.51 |
| 17 | AMERICAN EXPRESS NATIONAL BANK<br>»» 017 | Unsecured Creditors | $1,806.55 | $32.26 | $1,774.29 |
| 18 | MOHELA ON BEHALF OF<br>»» 018 | Unsecured Creditors | $46,301.58 | $1,096.03 | $45,205.55 |
| 19 | THE MONEY SOURCE INC<br>»» 019 | Mortgage Arrears | $405.85 | $405.85 | $0.00 |
| 20 | CITIBANK NA<br>»» 020 | Unsecured Creditors | $1,495.62 | $31.08 | $1,464.54 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $5,500.48 | $130.17 | $5,370.31 |
| 22 | SYNCHRONY BANK<br>»» 022 | Unsecured Creditors | $1,409.11 | $33.35 | $1,375.76 |
| 23 | SYNCHRONY BANK<br>»» 023 | Unsecured Creditors | $3,910.52 | $92.57 | $3,817.95 |
| 24 | SYNCHRONY BANK<br>»» 024 | Unsecured Creditors | $6,352.68 | $150.34 | $6,202.34 |
| 25 | CAVALRY SPV I LLC<br>»» 025 | Unsecured Creditors | $3,896.93 | $92.25 | $3,804.68 |
| 26 | CAVALRY SPV I LLC<br>»» 026 | Unsecured Creditors | $3,793.09 | $89.80 | $3,703.29 |
| 0 | RICHARD N LIPOW ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,140.60 | Current Monthly Payment: | $272.80 |
| Paid to Claims: | $4,402.11 | Arrearages: | ($31.40) |
| Paid to Trustee: | $428.58 | Total Plan Base: | $16,021.20 |
| Funds on Hand: | $309.91 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.