| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 20-14631-AMC

Frank Paul Orlando
Kathy Colleen Orlando
1209 S RAPPS DAM RD
Phoenixville  PA   19460

Petition Filed Date: 12/03/2020
341 Hearing Date: 01/15/2021
Confirmation Date: 06/30/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $271.04 | | 08/31/2022 | $271.04 | | 10/03/2022 | $271.04 | |
| 10/31/2022 | $271.04 | | 11/30/2022 | $272.80 | | 12/30/2022 | $272.80 | |
| 01/30/2023 | $272.80 | | 03/01/2023 | $272.80 | | 03/29/2023 | $272.80 | |
| 05/01/2023 | $272.80 | | 05/30/2023 | $272.80 | | 06/29/2023 | $272.80 | |
| 07/31/2023 | $272.80 | | | | | | | |

**Total Receipts for the Period: $3,539.36   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,408.92**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $1,890.71 | $66.83 | $1,823.88 |
| 2 | ONE MAIN FINANCIAL<br>»» 002 | Unsecured Creditors | $7,677.56 | $315.98 | $7,361.58 |
| 3 | AMERICREDIT FINANCIAL SERVICES<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $23,505.12 | $967.45 | $22,537.67 |
| 5 | DISCOVER BANK<br>»» 005 | Unsecured Creditors | $6,181.26 | $254.34 | $5,926.92 |
| 6 | DISCOVER BANK<br>»» 006 | Unsecured Creditors | $4,894.07 | $201.45 | $4,692.62 |
| 7 | CHASE BANK USA NA<br>»» 007 | Unsecured Creditors | $2,372.03 | $87.29 | $2,284.74 |
| 8 | CHASE BANK USA NA<br>»» 008 | Unsecured Creditors | $1,179.58 | $46.91 | $1,132.67 |
| 9 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $1,277.41 | $48.89 | $1,228.52 |
| 10 | BANK OF THE WEST<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CHASE BANK USA NA<br>»» 011 | Unsecured Creditors | $7,071.45 | $291.08 | $6,780.37 |
| 12 | CHASE BANK USA NA<br>»» 012 | Unsecured Creditors | $2,927.09 | $120.51 | $2,806.58 |
| 13 | CHASE BANK USA NA<br>»» 013 | Unsecured Creditors | $5,312.59 | $218.68 | $5,093.91 |
| 14 | AMERICAN EXPRESS NATIONAL BANK<br>»» 014 | Unsecured Creditors | $1,475.19 | $60.77 | $1,414.42 |

Chapter 13 Case No. 20-14631-AMC

| | | | | | |
|---|---|---|---|---|---|
| 15 | DIAMOND FEDERAL CREDIT UNION »» 015 | Unsecured Creditors | $24,058.67 | $990.28 | $23,068.39 |
| 16 | CITIBANK NA »» 016 | Unsecured Creditors | $7,088.27 | $291.71 | $6,796.56 |
| 17 | AMERICAN EXPRESS NATIONAL BANK »» 017 | Unsecured Creditors | $1,806.55 | $63.90 | $1,742.65 |
| 18 | MOHELA ON BEHALF OF »» 018 | Unsecured Creditors | $46,301.58 | $1,905.77 | $44,395.81 |
| 19 | ALLIED FIRST BANK SB DBA SERVBANK »» 019 | Mortgage Arrears | $405.85 | $405.85 | $0.00 |
| 20 | CITIBANK NA »» 020 | Unsecured Creditors | $1,495.62 | $61.62 | $1,434.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $5,500.48 | $226.38 | $5,274.10 |
| 22 | SYNCHRONY BANK »» 022 | Unsecured Creditors | $1,409.11 | $49.79 | $1,359.32 |
| 23 | SYNCHRONY BANK »» 023 | Unsecured Creditors | $3,910.52 | $160.96 | $3,749.56 |
| 24 | SYNCHRONY BANK »» 024 | Unsecured Creditors | $6,352.68 | $261.40 | $6,091.28 |
| 25 | CAVALRY SPV I LLC »» 025 | Unsecured Creditors | $3,896.93 | $160.40 | $3,736.53 |
| 26 | CAVALRY SPV I LLC »» 026 | Unsecured Creditors | $3,793.09 | $156.10 | $3,636.99 |
| 0 | RICHARD N LIPOW ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,408.92 | Current Monthly Payment: | $272.80 |
| Paid to Claims: | $7,414.34 | Arrearages: | ($26.12) |
| Paid to Trustee: | $700.92 | Total Plan Base: | $16,021.20 |
| Funds on Hand: | $293.66 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.