# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**In RE:**
Frank Orlando
Kathy Orlando

**Claim Number:** 10
**Case Number:** 20-14631

**Debtor(s)**

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to ~~NOTICES~~ ~~AND~~ PAYMENTS, listed in the above stated case, be changed.

**NOTICE ADDRESS**

FROM:                                    TO:

**PAYMENT ADDRESS**

FROM:                                    TO:

Bank of the West                         BMO Bank N.A.

PO BOX 2634                              P. O. Box 6150

Omaha, NE 68103                          Carol Stream, IL  60197

/s/ Filer *Kriss Aragon*

Authorized Agent for Creditor BMO Bank N.A.

Date: 10/19/2023