| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 20-14631-AMC**

Frank Paul Orlando
Kathy Colleen Orlando
1209 S RAPPS DAM RD
Phoenixville  PA    19460

Petition Filed Date: 12/03/2020
341 Hearing Date: 01/15/2021
Confirmation Date: 06/30/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2023 | $272.80 | | 09/29/2023 | $272.80 | | 10/30/2023 | $272.80 | |
| 11/30/2023 | $272.80 | | 01/02/2024 | $272.80 | | 01/29/2024 | $272.80 | |
| 02/29/2024 | $272.80 | | 04/01/2024 | $272.80 | | 04/29/2024 | $272.80 | |
| 05/30/2024 | $272.80 | | 07/01/2024 | $272.80 | | 07/29/2024 | $272.80 | |

**Total Receipts for the Period: $3,273.60    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,682.52**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CAVALRY SPV INVESTMENTS LLC »» 001 | Unsecured Creditors | $1,890.71 | $101.72 | $1,788.99 |
| 2 | ONE MAIN FINANCIAL GROUP LLC »» 002 | Unsecured Creditors | $7,677.56 | $458.05 | $7,219.51 |
| 3 | AMERICREDIT FINANCIAL SERVICES »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $23,505.12 | $1,436.82 | $22,068.30 |
| 5 | DISCOVER BANK »» 005 | Unsecured Creditors | $6,181.26 | $368.71 | $5,812.55 |
| 6 | DISCOVER BANK »» 006 | Unsecured Creditors | $4,894.07 | $284.84 | $4,609.23 |
| 7 | CHASE BANK USA NA »» 007 | Unsecured Creditors | $2,372.03 | $138.05 | $2,233.98 |
| 8 | CHASE BANK USA NA »» 008 | Unsecured Creditors | $1,179.58 | $63.53 | $1,116.05 |
| 9 | CHASE BANK USA NA »» 009 | Unsecured Creditors | $1,277.41 | $65.46 | $1,211.95 |
| 10 | BMO BANK NA »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CHASE BANK USA NA »» 011 | Unsecured Creditors | $7,071.45 | $421.92 | $6,649.53 |
| 12 | CHASE BANK USA NA »» 012 | Unsecured Creditors | $2,927.09 | $174.65 | $2,752.44 |
| 13 | CHASE BANK USA NA »» 013 | Unsecured Creditors | $5,312.59 | $316.99 | $4,995.60 |
| 14 | AMERICAN EXPRESS NATIONAL BANK »» 014 | Unsecured Creditors | $1,475.19 | $79.41 | $1,395.78 |
| 15 | DIAMOND FEDERAL CREDIT UNION »» 015 | Unsecured Creditors | $24,058.67 | $1,470.70 | $22,587.97 |

| | | | | | |
|---|---|---|---|---|---|
| 16 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $7,088.27 | $422.86 | $6,665.41 |
| 17 | AMERICAN EXPRESS NATIONAL BANK<br>»» 017 | Unsecured Creditors | $1,806.55 | $97.26 | $1,709.29 |
| 18 | MOHELA ON BEHALF OF<br>»» 018 | Unsecured Creditors | $46,301.58 | $2,830.40 | $43,471.18 |
| 19 | SERVBANK SB<br>»» 019 | Mortgage Arrears | $405.85 | $405.85 | $0.00 |
| 20 | CITIBANK NA<br>»» 020 | Unsecured Creditors | $1,495.62 | $76.69 | $1,418.93 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $5,500.48 | $328.14 | $5,172.34 |
| 22 | SYNCHRONY BANK<br>»» 022 | Unsecured Creditors | $1,409.11 | $81.99 | $1,327.12 |
| 23 | SYNCHRONY BANK<br>»» 023 | Unsecured Creditors | $3,910.52 | $16.80 | $3,893.72 |
| 24 | SYNCHRONY BANK<br>»» 024 | Unsecured Creditors | $6,352.68 | $378.92 | $5,973.76 |
| 25 | CAVALRY SPV I LLC<br>»» 025 | Unsecured Creditors | $3,896.93 | $226.75 | $3,670.18 |
| 26 | CAVALRY SPV I LLC<br>»» 026 | Unsecured Creditors | $3,793.09 | $220.69 | $3,572.40 |
| 0 | RICHARD N LIPOW ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,682.52 | Current Monthly Payment: | $272.80 |
| Paid to Claims: | $10,467.20 | Arrearages: | ($26.12) |
| Paid to Trustee: | $1,022.82 | Total Plan Base: | $16,021.20 |
| Funds on Hand: | $192.50 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.