| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 20-14631-AMC

Frank Paul Orlando
Kathy Colleen Orlando
1209 S RAPPS DAM RD
Phoenixville  PA   19460

Petition Filed Date: 12/03/2020
341 Hearing Date: 01/15/2021
Confirmation Date: 06/30/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2024 | $272.80 | | 09/30/2024 | $272.80 | | 10/29/2024 | $272.80 | |
| 12/03/2024 | $272.80 | | 01/02/2025 | $272.80 | | 01/29/2025 | $272.80 | |
| 03/03/2025 | $272.80 | | 03/31/2025 | $272.80 | | 04/29/2025 | $272.80 | |
| 06/02/2025 | $272.80 | | 06/30/2025 | $272.80 | | 07/29/2025 | $272.80 | |

**Total Receipts for the Period: $3,273.60   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,956.12**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $1,890.71 | $135.11 | $1,755.60 |
| 2 | ONE MAIN FINANCIAL GROUP LLC<br>»» 002 | Unsecured Creditors | $7,677.56 | $595.57 | $7,081.99 |
| 3 | AMERICREDIT FINANCIAL SERVICES<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $23,505.12 | $1,859.52 | $21,645.60 |
| 5 | DISCOVER BANK<br>»» 005 | Unsecured Creditors | $6,181.26 | $479.40 | $5,701.86 |
| 6 | DISCOVER BANK<br>»» 006 | Unsecured Creditors | $4,894.07 | $387.21 | $4,506.86 |
| 7 | CHASE BANK USA NA<br>»» 007 | Unsecured Creditors | $2,372.03 | $173.09 | $2,198.94 |
| 8 | CHASE BANK USA NA<br>»» 008 | Unsecured Creditors | $1,179.58 | $79.14 | $1,100.44 |
| 9 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $1,277.41 | $97.10 | $1,180.31 |
| 10 | BMO BANK NA<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CHASE BANK USA NA<br>»» 011 | Unsecured Creditors | $7,071.45 | $548.57 | $6,522.88 |
| 12 | CHASE BANK USA NA<br>»» 012 | Unsecured Creditors | $2,927.09 | $227.09 | $2,700.00 |
| 13 | CHASE BANK USA NA<br>»» 013 | Unsecured Creditors | $5,312.59 | $412.15 | $4,900.44 |
| 14 | AMERICAN EXPRESS NATIONAL BANK<br>»» 014 | Unsecured Creditors | $1,475.19 | $112.21 | $1,362.98 |
| 15 | DIAMOND FEDERAL CREDIT UNION<br>»» 015 | Unsecured Creditors | $24,058.67 | $1,903.37 | $22,155.30 |

**Chapter 13 Case No. 20-14631-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 16 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $7,088.27 | $549.82 | $6,538.45 |
| 17 | AMERICAN EXPRESS NATIONAL BANK<br>»» 017 | Unsecured Creditors | $1,806.55 | $129.21 | $1,677.34 |
| 18 | MOHELA ON BEHALF OF<br>»» 018 | Unsecured Creditors | $46,301.58 | $3,663.09 | $42,638.49 |
| 19 | SERVBANK SB<br>»» 019 | Mortgage Arrears | $405.85 | $405.85 | $0.00 |
| 20 | CITIBANK NA<br>»» 020 | Unsecured Creditors | $1,495.62 | $109.17 | $1,386.45 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $5,500.48 | $426.63 | $5,073.85 |
| 22 | SYNCHRONY BANK<br>»» 022 | Unsecured Creditors | $1,409.11 | $98.63 | $1,310.48 |
| 23 | SYNCHRONY BANK<br>»» 023 | Unsecured Creditors | $3,910.52 | $16.80 | $3,893.72 |
| 24 | SYNCHRONY BANK<br>»» 024 | Unsecured Creditors | $6,352.68 | $492.71 | $5,859.97 |
| 25 | CAVALRY SPV I LLC<br>»» 025 | Unsecured Creditors | $3,896.93 | $296.27 | $3,600.66 |
| 26 | CAVALRY SPV I LLC<br>»» 026 | Unsecured Creditors | $3,793.09 | $288.33 | $3,504.76 |
| 0 | RICHARD N LIPOW ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,956.12 | Current Monthly Payment: | $272.80 |
| Paid to Claims: | $13,486.04 | Arrearages: | ($26.12) |
| Paid to Trustee: | $1,284.68 | Total Plan Base: | $16,021.20 |
| Funds on Hand: | $185.40 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.