# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Frank Paul Orlando / Kathy Colleen Orlando**, Debtor(s)

Case No. **20-14631**
Chapter **13**

## DOMESTIC SUPPORT OBLIGATION DISCLOSURE FORM

**Section 1: to be completed by all debtors:**

| | |
|---|---|
| Date: December 2, 2025 | Case No.: 20-14631 |
| Debtor: Frank Paul Orlando | Co-Debtor: Kathy Colleen Orlando |
| SS No.: xxx-xx-0797 | SS No.: xxx-xx-0383 |

Are you responsible for any Domestic Support Obligations described in 11 U.S.C. §101(14A) [debt owed to or recoverable by spouse, former spouse, child, child's guardian or governmental unit in the nature of alimony, maintenance or support?]

Debtor: yes ____ no ____    Co-Debtor: yes ____ no ____

If your answer is "No" skip to Section 3 at the bottom of this form and sign. If your answer is "Yes", please complete Section 2 and sign at the bottom.

**Section 2: to be completed only if you answered "yes" above:**

Debtor's current marital status:
Married ____ Divorced ____
Separated ____ Widowed ____

Co-debtor's current marital status:
Married ____ Divorced ____
Separated ____ Widowed ____

Name of person support is sent to: ____
Complete Address: ____
City ____ State ____ Zip ____
Phone ____

Are support payments deducted from your paycheck? ____
Provide the State Agency Information:
Agency Name: ____
Address: ____
City: ____ State ____ Zip ____

Names of creditors for any debts that will not be discharged or that you will reaffirm:
____
____
____

Identify your Employer Name and Address:
____
____
____

**Section 3: To be signed by all debtors**

I swear or affirm under penalty of perjury pursuant to 28 USC § 1746 that the information provided herein is true, correct and complete.

Debtor: **/s/ Frank Paul Orlando**
Frank Paul Orlando

Co-Debtor: **/s/ Kathy Colleen Orlando**
Kathy Colleen Orlando