United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-14631-amc
Frank Paul Orlando  Chapter 13
Kathy Colleen Orlando
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 5
Date Rcvd: Dec 18, 2025    Form ID: 138OBJ    Total Noticed: 75

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank Paul Orlando, Kathy Colleen Orlando, 1209 S Rapps Dam Road, Phoenixville, PA 19460-4806 |
| 14565830 | + | BELLEFONTE EMERGENCY SERVICES, 369 Phoenix Ave, Bellefonte, PA 16823-1308 |
| 14565829 | | Bank Of The West, Consumer Product Servicing, Omaha, NE 68103 |
| 14580750 | + | CAVALRY SPV I, LLC, Household Bank, (SB), NA, Bass & Associates, P.C. 3, 936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85719 |
| 14565848 | + | Commercial Acceptance Company, 2 W. Main St, Shiremanstown, PA 17011-6326 |
| 14565852 | + | JEFFERSON HEALTH, 491 ALLENDALE RD, King of Prussia, PA 19406-1426 |
| 14565864 | + | TOWER HEALTH, PO BOX 1602, Reading, PA 19603-1602 |
| 14608013 | + | The Money Source Inc., C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14608277 | + | The Money Source Inc., c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 19 2025 00:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 19 2025 00:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14827735 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2025 00:55:09 | AIS Portfolio Services, LLC, attn; BMO Bank NA Dept., Account: XXXXX5345, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14568099 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 19 2025 00:51:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14565826 | | Email/Text: collectors@arresourcesinc.com | Dec 19 2025 00:51:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14565827 | | Email/Text: collectors@arresourcesinc.com | Dec 19 2025 00:51:00 | AR Resources, Inc., Pob 1056, Blue Bell, PA 19422 |
| 14773754 | + | Email/Text: BK@servicingdivision.com | Dec 19 2025 00:51:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14565822 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 19 2025 00:51:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14565823 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 19 2025 00:51:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14574488 | | Email/PDF: bncnotices@becket-lee.com | Dec 19 2025 00:55:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14572140 | + | Email/Text: bkfilings@zwickerpc.com | | |

Case 20-14631-amc   Doc 70   Filed 12/20/25   Entered 12/21/25 00:38:09   Desc Imaged
                          Certificate of Notice    Page 2 of 6
District/off: 0313-2                              User: admin                                    Page 2 of 5
Date Rcvd: Dec 18, 2025                           Form ID: 138OBJ                               Total Noticed: 75

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 19 2025 00:52:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14565824 | + | Email/PDF: bncnotices@becket-lee.com | Dec 19 2025 00:55:26 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14565825 | + | Email/PDF: bncnotices@becket-lee.com | Dec 19 2025 00:55:09 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14571268 | + | Email/Text: bankruptcy@bmo.com | Dec 19 2025 00:52:00 | BANK OF THE WEST, 2527 CAMINO RAMON, SAN RAMON, CA 94583-4213 |
| 14824142 | ^ | MEBN | Dec 19 2025 00:48:02 | BMO Bank N.A., PO Box 6150, Carol Stream, IL 60197-6150 |
| 14827413 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2025 00:55:16 | BMO Bank N.A., AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14565828 | + | Email/Text: bankruptcy@bmo.com | Dec 19 2025 00:52:00 | Bank Of The West, Attn: Bankruptcy, 180 Montgomery Street 25th Floor, San Francisco, CA 94104-4206 |
| 14565832 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2025 00:55:24 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14565831 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2025 00:55:15 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14565834 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2025 00:55:15 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14565833 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2025 00:55:24 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14569566 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 19 2025 00:55:27 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14580602 | + | Email/Text: bnc@bass-associates.com | Dec 19 2025 00:51:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14566514 | + | Email/Text: bankruptcy@cavps.com | Dec 19 2025 00:52:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14565836 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 19 2025 00:55:15 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 14565835 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 19 2025 00:55:22 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14565838 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2025 00:55:28 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14565837 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2025 00:55:11 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14565839 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2025 00:55:18 | Citibank, Citicorp/Attn: Centralized Bankruptcy, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14565840 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2025 00:55:28 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14572923 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2025 00:55:28 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14565842 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2025 00:55:11 | Citibank/Exxon Mobile, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14565841 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2025 00:55:11 | Citibank/Exxon Mobile, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14565844 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2025 00:55:18 | Citibank/Sunoco, Po Box 6497, Sioux Falls, SD 57117-6497 |

Case 20-14631-amc   Doc 70   Filed 12/20/25   Entered 12/21/25 00:38:09   Desc Imaged
Certificate of Notice   Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 18, 2025 | Form ID: 138OBJ | Total Noticed: 75 |

| ID | | Method/Address | Date/Time | Recipient |
|---|---|---|---|---|
| 14565843 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2025 00:55:11 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14565846 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2025 00:55:18 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14565845 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2025 00:55:18 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14565847 | + | Email/Text: dylan.succa@commercialacceptance.net | Dec 19 2025 00:51:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 14565849 | | Email/Text: bankruptcy@diamondcu.com | Dec 19 2025 00:51:00 | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464 |
| 14565851 | | Email/Text: mrdiscen@discover.com | Dec 19 2025 00:51:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 14570484 | | Email/Text: mrdiscen@discover.com | Dec 19 2025 00:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14565850 | + | Email/Text: mrdiscen@discover.com | Dec 19 2025 00:51:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14571134 | + | Email/Text: RASEBN@raslg.com | Dec 19 2025 00:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14570753 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 19 2025 00:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14565854 | | Email/Text: EBN@Mohela.com | Dec 19 2025 00:51:00 | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14565853 | | Email/Text: EBN@Mohela.com | Dec 19 2025 00:51:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14574769 | | Email/Text: EBN@Mohela.com | Dec 19 2025 00:51:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 14565855 | + | Email/PDF: cbp@omf.com | Dec 19 2025 00:55:07 | ONE MAIN, PO BOX 64, Evansville, IN 47701-0064 |
| 14566909 | | Email/PDF: cbp@omf.com | Dec 19 2025 00:55:08 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14580632 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 19 2025 00:55:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15033711 | + | Email/Text: BK@servicingdivision.com | Dec 19 2025 00:51:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14856649 | + | Email/Text: BK@servicingdivision.com | Dec 19 2025 00:51:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14580989 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 19 2025 00:55:17 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14795233 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2025 00:55:26 | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14565857 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 19 2025 00:55:07 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14565856 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 19 2025 00:55:22 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14565859 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 19 2025 00:55:22 | Synchrony Bank/Care Credit, P.o. Box 965005, Orlando, FL 32896-5005 |

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 18, 2025 | Form ID: 138OBJ | Total Noticed: 75 |

| | | | | |
|---|---|---|---|---|
| 14565858 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 19 2025 00:55:14 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14565861 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 19 2025 00:55:22 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14565860 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 19 2025 00:55:22 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14577454 | + | Email/Text: BK@servicingdivision.com | Dec 19 2025 00:51:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 14565863 | + | Email/Text: BK@servicingdivision.com | Dec 19 2025 00:51:00 | The Money Source Inc., 500 S Broad St Meriden, Meriden, CT 06450-6755 |
| 14565862 | + | Email/Text: BK@servicingdivision.com | Dec 19 2025 00:51:00 | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 14565865 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2025 00:55:15 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 14565866 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2025 00:55:15 | World's Foremost Bank, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14570742 | + | Email/Text: bkfilings@zwickerpc.com | Dec 19 2025 00:52:00 | Zwicker & Associates, PC, c/o Elizabeth Lombard, Esq., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |

TOTAL: 66

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14568745 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14570998 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14571524 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14571580 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 20, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:

**Name**        **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Dec 18, 2025 | Form ID: 138OBJ | Total Noticed: 75 |

DENISE ELIZABETH CARLON
    on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

RICHARD N. LIPOW
    on behalf of Plaintiff Kathy Colleen Orlando richard@lipowlaw.com
    ecflipow@gmail.com;r44824@notify.bestcase.com;lipow.richardn.b109921@notify.bestcase.com

RICHARD N. LIPOW
    on behalf of Joint Debtor Kathy Colleen Orlando richard@lipowlaw.com
    ecflipow@gmail.com;r44824@notify.bestcase.com;lipow.richardn.b109921@notify.bestcase.com

RICHARD N. LIPOW
    on behalf of Debtor Frank Paul Orlando richard@lipowlaw.com
    ecflipow@gmail.com;r44824@notify.bestcase.com;lipow.richardn.b109921@notify.bestcase.com

RICHARD N. LIPOW
    on behalf of Plaintiff Frank Paul Orlando richard@lipowlaw.com
    ecflipow@gmail.com;r44824@notify.bestcase.com;lipow.richardn.b109921@notify.bestcase.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*Form 138OBJ* (6/24)−doc 69 − 68

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Frank Paul Orlando ) Case No. 20−14631−amc
)
)
   Kathy Colleen Orlando ) Chapter: 13
)
   Debtor(s). )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                Eastern District of Pennsylvania
                900 Market Street
                Suite 400
                Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 18, 2025                                                                    For The Court

                                                                                                    Mohung Wong
                                                                                                    Clerk of Court