**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Frank Paul Orlando |
| Debtor 2 (Spouse, if filing) | Kathy Colleen Orlando |
| Unites States Bankruptcy Court for the: | Eastern District of Pennsylvania (State) |
| Case Number | 20-14631-AMC |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made                    12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

Name of claim holder: SERVBANK SB

Court claim no. (if known): 19-1

Last 4 digits of any number you use to identify the debtor's account: 0 4 0 9

Property Address: 1209 RAPPS DAM RD.
Number    Street

PHOENIXVILLE    PA    19460
City    State    ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | Amount |
|---|---:|
| a. Allowed amount of prepetition arrearage: | $ 405.85 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 405.85 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 405.85 |

| **Part 4:** | **Postpetition Payment** |

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| **Part 5:** | **Postpetition Fees, Expenses, and Charges** |

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ -0-

| **Part 6:** | **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)** |

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Scott F. Waterman
Signature

Date: 12/23/2025

Trustee: Scott F. Waterman
First Name    Middle Name    Last Name

Address: 2901 St. Lawrence Avenue, Suite 100
Number    Street

Reading    PA    19606
City    State    ZIP Code

Contact phone: (610) 779-1313    Email: info@ReadingCh13.com

| Debtor 1 | **Frank Paul Orlando** | Case Number **20-14631-AMC** | Page 1 |
|---|---|---|---|
| | Name | | |

## History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 19-1 | THE MONEY SOURCE INC | Pre-Petition Arrears | 07/23/2021 | 17220000 | Disbursement To Creditor/Principal | 405.85 |
| | | | | | Total for Claim Number 19-1: | 405.85 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **405.85** |