United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Frank Paul Orlando

Kathy Colleen Orlando

    Debtors

Case No. 20-14631-amc

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2                   User: admin                                Page 1 of 2

Date Rcvd: May 29, 2026               Form ID: 138FIN                            Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

**Recip ID**                **Recipient Name and Address**
db/jdb                   +  Frank Paul Orlando, Kathy Colleen Orlando, 1209 S Rapps Dam Road, Phoenixville, PA 19460-4806

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 30 2026 00:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 30 2026 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

MATTHEW K. FISSEL
                                on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

POLLY A. LANGDON

District/off: 0313-2                               User: admin                                   Page 2 of 2

Date Rcvd: May 29, 2026                           Form ID: 138FIN                               Total Noticed: 3

                          on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

RICHARD N. LIPOW

                          on behalf of Plaintiff Kathy Colleen Orlando richard@lipowlaw.com
                          ecflipow@gmail.com;r44824@notify.bestcase.com;lipow.richardn.b109921@notify.bestcase.com

RICHARD N. LIPOW

                          on behalf of Debtor Frank Paul Orlando richard@lipowlaw.com
                          ecflipow@gmail.com;r44824@notify.bestcase.com;lipow.richardn.b109921@notify.bestcase.com

RICHARD N. LIPOW

                          on behalf of Plaintiff Frank Paul Orlando richard@lipowlaw.com
                          ecflipow@gmail.com;r44824@notify.bestcase.com;lipow.richardn.b109921@notify.bestcase.com

RICHARD N. LIPOW

                          on behalf of Joint Debtor Kathy Colleen Orlando richard@lipowlaw.com
                          ecflipow@gmail.com;r44824@notify.bestcase.com;lipow.richardn.b109921@notify.bestcase.com

SCOTT F. WATERMAN [Chapter 13]
                          ECFMail@ReadingCh13.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*Form 138FIN* (6/24)−doc 77 − 76

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Frank Paul Orlando | ) | Case No. 20−14631−amc |
| | ) | |
| | ) | |
| Kathy Colleen Orlando | ) | Chapter: 13 |
| | ) | |
|   Debtor(s). | ) | |

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: May 29, 2026

For The Court

Mohung Wong
Clerk of Court