## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    : Chapter 13

Frank Paul Orlando and Kathy Colleen Orlando            : Case No. 20−14631−amc
          Debtor(s)

### ORDER
_____

AND NOW, this day , July 9, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

79
Form 195