United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Frank Paul Orlando

Kathy Colleen Orlando

Debtors

Case No. 20-14631-amc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 09, 2026 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Frank Paul Orlando, Kathy Colleen Orlando, 1209 S Rapps Dam Road, Phoenixville, PA 19460-4806 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MATTHEW K. FISSEL | |
| | on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| POLLY A. LANGDON | |
| | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| RICHARD N. LIPOW | |
| | on behalf of Plaintiff Frank Paul Orlando richard@lipowlaw.com ecflipow@gmail.com;r44824@notify.bestcase.com;lipow.richardn.b109921@notify.bestcase.com |
| RICHARD N. LIPOW | |
| | on behalf of Joint Debtor Kathy Colleen Orlando richard@lipowlaw.com ecflipow@gmail.com;r44824@notify.bestcase.com;lipow.richardn.b109921@notify.bestcase.com |
| RICHARD N. LIPOW | |
| | on behalf of Plaintiff Kathy Colleen Orlando richard@lipowlaw.com ecflipow@gmail.com;r44824@notify.bestcase.com;lipow.richardn.b109921@notify.bestcase.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Jul 09, 2026                       Form ID: 195                                    Total Noticed: 1

RICHARD N. LIPOW
        on behalf of Debtor Frank Paul Orlando richard@lipowlaw.com
        ecflipow@gmail.com;r44824@notify.bestcase.com;lipow.richardn.b109921@notify.bestcase.com

SCOTT F. WATERMAN [Chapter 13]
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                    : Chapter 13

Frank Paul Orlando and Kathy Colleen Orlando          : Case No. 20–14631–amc
      Debtor(s)

### *ORDER*
_____

AND NOW, this day , July 9, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

79
Form 195