**Fill in this information to identify the case:**

Debtor 1: Frank Paul Orlando
Debtor 2 (Spouse, if filing): Kathy Colleen Orlando
United States Bankruptcy Court for the: Eastern District of Pennsylvania (State)
Case number: 20-14631-AMC

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** The Money Source Inc.
**Court claim no.** (if known): 19-1

**Last four digits** of any number you use to identify the debtor's account: 0409

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____.

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| # | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees) | | (2) | |
| 3. | Attorney fees | | (3) | |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | | (5) | |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation. Specify: | | (10) | |
| 11. | Other. Specify: Plan Review Fee | 12/08/2020 | (11) | $300.00 |
| 12. | Other. Specify: | | (12) | |
| 13. | Other. Specify: | | (13) | |
| 14. | Other. Specify: | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | (15) | $300.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    2225-N-3935

| Debtor 1 | Frank Paul Orlando | Case Number (if known) | 20-14631-AMC |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

**Part 2:  Sign Here**

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Natalie E. Lea
Signature

Date    04/26/2021

Print    Natalie E. Lea
         First Name    Middle Name    Last Name

Title    Authorized Agent for The Money Source Inc.

Company    Bonial & Associates, P.C.

Address    14841 Dallas Parkway, Suite 425
           Number    Street

           Dallas, Texas  75254
           City    State    ZIP Code

Contact phone    (972) 643-6600        Email    POCInquiries@BonialPC.com

## CERTIFICATE OF SERVICE OF NOTICE OF POST PETITION MORTGAGE, FEES, EXPENSES AND CHARGES

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before April 28, 2021 via electronic notice unless otherwise stated.

**Debtor**          *Via U.S. Mail*
Frank Paul Orlando
1209 S Rapps Dam Rd
Phoenixville, PA 19460

**Debtor**          *Via U.S. Mail*
Kathy Colleen Orlando
1209 S Rapps Dam Rd
Phoenixville, PA 19460

**Debtors' Attorney**
Richard N. Lipow
Lipow Law Office
629 Swedesford Road
Malvern, PA  19355

**Chapter 13 Trustee**
Scott Waterman
2901 Saint Lawrence Ave., Suite 100
Reading, Pennsylvania 19606

Respectfully Submitted,

/s/ Natalie E. Lea